UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| VICTOR ULISES PEDROZA MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>TODD LYONS, et al.,<br><br>Respondents. | Case No. 5:26-cv-05556-PA-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); the Answer to the Petition (Dkt. 8); the Reply (Dkt. 12); the Report and Recommendation of the magistrate judge (Dkt. 18, "Report"); and Petitioner's Objection to the Report (Dkt. 19).

The Court has engaged in a de novo review of those portions of the Report to which objections have been made. Petitioner's objections have been considered and are overruled. The Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered:

1. Granting the Petition, in part, with Respondents ORDERED to:

a. hold an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) for **Petitioner Victor Ulises Pedroza Martinez (A# 246 061 422)** within seven (7) days of the Judgment herein, with at least two days' advance notice to Petitioner and his counsel and the immigration judge must provide a written, reasoned decision if bond is denied; or

b. release Petitioner from custody if Petitioner is not timely provided with the aforementioned bond, subject only to narrowly tailored conditions of release, if any, no more restrictive that necessary to reasonably assure his appearance as required and to protect the community; and

2. Denying other relief sought by the Petition with prejudice as unsupported.

IT IS SO ORDERED.

Dated: October 28, 2026

PERCY ANDERSON
United States District Judge