UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| VICTOR ULISES PEDROZA MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>TODD LYONS, et al.,<br><br>Respondents. | Case No. 5:26-cv-05556-PA-JDE<br><br>JUDGMENT |

Based on the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, AND DECREED THAT the Petition is:

1. Granted, in part, with Respondents ORDERED to:

a. hold an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) for **Petitioner Victor Ulises Pedroza Martinez (A# 246 061 422)** within seven (7) days of the Judgment herein, with at least two days' advance notice to Petitioner and his

counsel or

b. release Petitioner from custody if Petitioner is not timely provided with the aforementioned bond, subject only to narrowly tailored conditions of release, if any, no more restrictive that necessary to reasonably assure his appearance as required and to protect the community; and

2. Denied with prejudice as to other relief sought.

Dated: November 1, 2026

PERCY ANDERSON
United States District Judge